UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GARCIA, III,<br><br>    Petitioner,<br><br>    v.<br><br>J.L. NORWOOD, Warden,<br><br>    Respondent. | Case No. CV 07-1535 R(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and adopts the Report and Recommendation.

IT IS ORDERED that the Petition is denied and this action is dismissed.

///
///
///
///
///

Case 2:07-cv-01535-R-JC   Document 11   Filed 03/15/10   Page 2 of 2   Page ID #:14


IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 15, 2010

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE