UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GARCIA, III,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>J.L. NORWOOD, Warden,<br><br>　　　　　　Respondent. | Case No. CV 07-1535 R(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ Habeas Corpus by a Person in Federal Custody is denied and this action is dismissed.

DATED: March 15, 2010

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE